| | | | |
|---|---|---|---|
| In the Interest of: M.S. | 3456 EDA 2015<br>Affirmed | 06/08/2016 | CP–51–AP–0000682–2014<br>(Philadelphia) |
| In the Interest of: N.R.S. | 3457 EDA 2015<br>Affirmed | 06/08/2016 | CP–51–AP–0000683–2014<br>(Philadelphia) |
| In the Interest of: K.M.S. | 3458 EDA 2015<br>Affirmed | 06/08/2016 | CP–51–AP–0000684–2014<br>(Philadelphia) |
| Com. v. Sculco | 967 MDA 2015<br>Affirmed | 06/08/2016 | CP–06–CR–0002481–2006<br>(Berks) |
| Com. v. Pierre–Paul | 1411 MDA 2015<br>Affirmed | 06/08/2016 | CP–06–CR–0004973–2013<br>(Berks) |
| Com. v. Neely | 1427 MDA 2015<br>Affirmed | 06/08/2016 | CP–22–CR–0001874–2013<br>(Dauphin) |
| Com. v. Roberts | 1524 MDA 2015<br>Affirmed | 06/08/2016 | CP–06–CR–0001107–2015<br>(Berks) |
| Com. v. Ambert [12] | 1861 MDA 2015<br>Affirmed | 06/08/2016 | CP–36–CR–0005614–2012<br>(Lancaster) |
| Com. v. Mattern [13] | 2123 MDA 2015<br>Affirmed | 06/08/2016 | CP–47–CR–0000003–2007<br>(Montour) |
| Rios v. Rios | 470 WDA 2015<br>Affirmed | 06/08/2016 | GD 14–17216<br>(Allegheny) |
| Com. v. Phillips | 1065 WDA 2015<br>Affirmed | 06/08/2016 | CP–02–CR–0002512–2002<br>(Allegheny) |
| Com. v. Vereen | 1938 WDA 2015<br>Affirmed | 06/08/2016 | CP–02–CR–0016890–2012<br>(Allegheny) |
| Com. v. Davis [14] | 2489 EDA 2014<br>Affirmed | 06/09/2016 | CP–51–CR–0014344–2013<br>(Philadelphia) |
| Com. v. Turner | 2601 EDA 2014<br>Affirmed | 06/09/2016 | CP–51–CR–0014345–2013<br>(Philadelphia) |
| Com. v. Broadus | 893 EDA 2015<br>Reversed,<br>Vacated and<br>Remanded | 06/09/2016 | CP–46–CR–0007849–2010<br>(Montgomery) |
| Streiner v. Baker Residential | 1253 EDA 2015<br>Affirmed | 06/09/2016 | No. 2013–08762<br>(Chester) |

12. Petition for reargument denied August 16, 2016.
13. Petition for reargument denied August 19, 2016.
14. Petition for reargument denied August 02, 2016.